# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CHARLES A BUDZINA
                 Debtor(s)

CHARLES J. DEHART, III            CHAPTER 13
CHAPTER 13 TRUSTEE
                 Movant

vs.                                                   CASE NO: 1-18-04574-HWV

CHARLES A BUDZINA
                 Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 30, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on October 29, 2018.

2. A hearing was held and an Order was entered on March 7, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                             Respectfully submitted,

                                             s/    James K. Jones, Esq.
                                             Id:   39031
                                             Attorney for Trustee
                                             Charles J. DeHart, III
                                             Standing Chapter 13 Trustee
                                             Ste. A, 8125 Adams Drive
                                             Hummelstown, PA   17036
                                             Ph.   717-566-6097
                                             Fax. 717-566-8313
                                             eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    CHARLES A BUDZINA

                 CHAPTER 13

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE           CASE NO: 1-18-04574-HWV

       Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg      Date:   June 26, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101               Time:   09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: May 30, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES A BUDZINA

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHARLES A BUDZINA

Respondent(s)

CHAPTER 13

CASE NO: 1-18-04574-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 30, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG, PA 17111-5212 | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| CHARLES A BUDZINA<br>526 KINGSTON ROAD<br>HARRISBURG, PA 17112 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 30, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: CHARLES A BUDZINA

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant
CHARLES A BUDZINA | |
| | CASE NO: 1-18-04574-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.