United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Charles A Budzina  
    Debtor

Case No. 18-04574-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1　　User: AutoDocke　　Page 1 of 1　　Date Rcvd: Apr 29, 2020  
　　　　　　　　　　　　Form ID: ntfp　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.

　　　　+Bradley J. Halberstadt,　c/o Wells Fargo Auto,　2860 Patton Road,　Roseville, MN 55113-1100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

    Chad J. Julius　on behalf of Debtor 1 Charles A Budzina cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com  
    Charles J DeHart, III (Trustee)　TWecf@pamd13trustee.com  
    James Warmbrodt　on behalf of Creditor　Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    Sindi Mncina　on behalf of Creditor　CALIBER HOME LOANS, INC. smncina@rascrane.com  
    Thomas Song　on behalf of Creditor　CALIBER HOME LOANS, INC. pamb@fedphe.com  
    United States Trustee　ustpregion03.ha.ecf@usdoj.gov

                                          TOTAL: 6

ntfp(09/19)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Charles A Budzina | Chapter 13 |
| **Debtor(s)** | Case number 1:18−bk−04574−HWV |

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#12a** . **An incorrect docket event was used for the image docketed as Proof of Claim No. 12a. The correct event is Notice of Mortgage Forbearance**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 29, 2020 |