```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04574-HWV
Charles A Budzina                                              Chapter 7
        Debtor                   **CERTIFICATE OF NOTICE**

```
District/off: 0314-1          User: AutoDocke        Page 1 of 1        Date Rcvd: May 08, 2020
                              Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db              +Charles A Budzina,   526 Kingston Road,   Harrisburg, PA 17112-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
          Chad J. Julius    on behalf of Debtor 1 Charles A Budzina cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          Thomas  Song   on behalf of Creditor    CALIBER HOME LOANS, INC. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                           TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                        :   CHAPTER 13
CHARLES A. BUDZINA        :
                               :   CASE NO.: 1:18-bk-04574-HWV

## ORDER

Upon consideration of Debtor's Motion to convert their Chapter 13 case to a Chapter 7

case, it is hereby ORDERED that the Motion is granted. The Chapter 13 case is converted to a

case under Chapter 7 of the Bankruptcy Code.

Dated: May 8, 2020                By the Court,

                                        *Henry W. Van Eck*
                            Henry W. Van Eck, Chief Bankruptcy Judge (LS)