In re:  
Charles A Budzina  
    Debtor

Case No. 18-04574-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 | Date Rcvd: Jun 02, 2020 |
|---|---|---|---|
| | Form ID: pdf010 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
        MS BECKY JO BUDZINA,   526 KINGSTON ROAD,   HARRISBURG, PA  17112-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:  
    Chad J. Julius   on behalf of Debtor 1 Charles A Budzina cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com  
    James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    Leon P. Haller (Trustee)   lhaller@pkh.com,  lrynard@pkh.com;lhaller@ecf.axosfs.com  
    Mario J. Hanyon   on behalf of Creditor   CALIBER HOME LOANS, INC. pamb@fedphe.com  
    Sindi Mncina   on behalf of Creditor   CALIBER HOME LOANS, INC. smncina@rascrane.com  
    Thomas Song   on behalf of Creditor   CALIBER HOME LOANS, INC. pamb@fedphe.com  
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
         TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CHARLES A. BUDZINA                      BK. No. 1:18-bk-04574-HWV
        Debtor

Chapter No. 13

CALIBER HOME LOANS, INC.
        Movant
        v.
CHARLES A. BUDZINA
BECKY JO BUDZINA (NON-FILING CO-DEBTOR)                      11 U.S.C. §362 AND §1301
        Respondents

### ORDER GRANTING NUNC PRO TUNC RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION MORTGAGE FORBEARANCE

      **AND NOW**, at **HARRISBURG**, upon Motion of CALIBER HOME LOANS, INC. (Movant), it is:

      **ORDERED**, that approval and recording (if applicable) of the forebearance agreement shall in no way constitute a violation of the automatic stay (and co-debtor stay); and it is further;

      **ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

      **ORDERED** that Movant is granted Nunc Pro Tunc relief from Automatic Stay (and Co-Debtor Stay) to cover any and all times prior to the filing of Movant's Motion that Debtor and Debtor's Counsel may have communicated directly with Movant in order to discuss this request for forbearance; and it is further;

      **ORDERED** that the forbearance agreement is approved and the mortgage payments shall be suspended beginning with the Trustee's distribution for the month of April 2020, and continuing until reinstated in accordance with the confirmation of an amended Chapter 13 plan that expressly provides the month in which the mortgage payment is to resume and which further provides, as a separate line item (in Part 3.2 of the Plan) the dollar amount of the suspended payments and the repayment terms; and it is further;

      **ORDERED,** that any fees, costs and expenses associated with the forbearance agreement will be subject to the provisions of FRBP 3002.1, and provided further that approval of the forbearance agreement does not represent approval of the fees, costs and expenses associated with forbearance agreement and does not preclude an objection to those fees when noticed in accordance with the Rule; and it is further;

      **ORDERED** that other than the suspension of mortgage payments, the rest of the Chapter 13 Plan (including the monthly plan payments) remains in full force and the Chapter 13 Trustee shall continue to distribute payments to other claims during the period of forbearance in accordance with the Chapter 13 Plan: and it is further;

      **ORDERED** that Debtor is required to file an Amended Chapter 13 Plan that provides for resumption of mortgage payments prior to the last month in the forbearance period; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **CALIBER HOME LOANS, INC.** may immediately enforce and implement this Order granting Relief from the Automatic Stay [and Co-debtor Stay] for the limited purpose of proceeding with and recording (if applicable) the forbearance agreement.

Dated: June 2, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (LS)