IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
CHARLES A. BUDZINA :
: CASE NO.: 1:18-bk-04574-HWV

**MOTION BY DEBTOR/ MOVANT TO CONVERT
FROM CHAPTER 7 CASE TO CHAPTER 13 CASE**

  **AND NOW COMES**, Charles A. Budzina, Debtor/Movant, by and through his attorneys, Jacobson, Julius & Harshberger, and aver the following:

  1. This bankruptcy case was commenced by a petition filed by Debtors/Movants under Chapter 13 of the United States Bankruptcy Code on October 29, 2018.

  2. Debtors/Movants' filing was motivated for typical reasons including a pending repossession and credit card debt. Debtor is not eligible to directly convert his Chapter 13 case to a Chapter 7.

  3. Debtor seeks to reconvert back to Chapter 13.

  4. Debtor/Movant hereby file this conversion pursuant to 11 U.S.C. § 706(a) to convert his Chapter 7 case to a case under Chapter 13.

  5. All schedules and statements as well as the documents will be filed and any amendments to current documents will be filed in ten (10) days.

  **WHEREFORE,** Debtors/Movants requests that this case be converted to Chapter 13 of the Bankruptcy Code.

Dated: June 15, 2020            s/Chad J. Julius
                     Chad J. Julius
                     ID # 209496
                     Attorney for Debtor/Movant

## VERIFICATION

      I, Charles A. Budzina, Debtor/Movant in the foregoing conversion, certify under penalty of perjury that the foregoing is true and correct.

s/Charles A. Budzina 6/12/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| CHARLES A. BUDZINA | : |
| | : CASE NO.: 1:18-bk-04574-HWV |

CERTIFICATE OF SERVICE

I, Colleen Reed, paralegal with the Jacobson, Julius & Harshberger, hereby certify that I have served a copy of the foregoing *Motion to Convert Case to Chapter 13* on the following person(s) by CM/ECF or by depositing a true and correct copy in the United States Mail, Postage Prepaid addressed to:

CHARLES J. DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
dehartstaff@pamd13trustee.com; harrisburgect@ramapo.com

U.S. TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
ustpregion03.ha.ecf@usdoj.gov

Leon P. Haller
Lhaller@pkh.com

                                                  s/Colleen Reed
                                                  Colleen Reed, Paralegal
                                                  Jacobson, Julius & Harshberger
                                                  8150 Derry Street
                                                  Harrisburg, PA 17111
                                                  717.909.5858
Dated: June 15, 2020                        FAX: 717.909.7788

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CHARLES A. BUDZINA :
: CASE NO.: 1:18-bk-04574-HWV

## ORDER

Upon consideration of Debtor's Motion to convert pursuant to 11 U.S.C. §706(a), it is hereby ORDERED that the Debtor's Chapter 7 case is converted to a case under 11 U.S.C. §1301 *et. seq*. It is further ORDERED that the Chapter Seven Trustee, Leon P. Haller, be and is discharged.