```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 18-04574-HWV
Charles A Budzina                                             Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke         Page 1 of 2          Date Rcvd: Jun 15, 2020
                             Form ID: ntsempas       Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
```
db          +Charles A Budzina,    526 Kingston Road,    Harrisburg, PA 17112-2231
5124866     +American Express,    World Financial Center,    200 Vesay Street,    New York, NY 10285-1000
5124867     +Barclays Bank of Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
5124868     +Boscovs/Comenity Capital Bank,    PO Box 182120,    Columbus, OH 43218-2120
5124869     +Bureau of Account Management,    3607 Rosemont Avenue,    Ste. 502,    Camp Hill, PA 17011-6943
5124870     +Caliber Home Loans,    PO box 24610,    Oklahoma City, OK 73124-0610
5141195      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5124873     +FirstMark/Citizens Bank,    121 South 13th Street,    Lincoln, NE 68508-1904
5124874     +Heritage First ENT,    2025 Technology Pkwy Suite G 03,    Mechanicsburg, PA 17050-9400
5124875     +Hyaundia Finance,    PO Box 20835,    Fountain Valley, CA 92728-0835
5124877     +Lightstream/Suntrust Bank,    303 Peachtreet Street,    Atlanta, GA 30308-3201
5133055     +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
5124880      Toyota Motor Credit,    Cedar Rapids, IA 52411
5233974      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern  PA 19355-0701
5141219     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5124881     +USAA Savings Bank,    10750 McDermott Street,    San Antonio, TX 78288-1600
5124882     +Wells Fargo -Ashley Home Store,    PO Box 14517,    Des Moines, IA 50306-3517
5124883      Wells Fargo Auto Finance,    400 Redland Court,    #200,    Harrisburg, PA 17111
5229407     +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
5147968      Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
5144007      Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5124871      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:47:34
              Capital One Bank USA NA,    PO BOx 85015,    Richmond, VA 23285-5075
5147031     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 15 2020 19:44:25     Caliber Home Loans, Inc.,
              13801 Wireless Way,    Oklahoma City OK 73134-2500
5145067      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:47:34
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5124872      E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover Bank,    PO Box 15316,
              Wilmington, DE 19850
5126802      E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5130054     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jun 15 2020 19:44:24
              Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
5124876     +E-mail/Text: bncnotices@becket-lee.com Jun 15 2020 19:43:43     Kohls Department Store,
              PO Box 3115,    Milwaukee, WI 53201-3115
5124878     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:48:33     Lowes/Sycrony Bank,
              Po Box 965005,    Orlando, FL 32896-5005
5124879     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 15 2020 19:47:29     Merrick Bank,
              PO Box 9201,    Old Bethpage, NY 11804-9001
5143941      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:06
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5125273     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:46
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5144732      E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2020 19:43:57
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

```
          Chad J. Julius    on behalf of Debtor 1 Charles A Budzina cjulius@ljacobsonlaw.com,
           creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.axosfs.com
          Mario J. Hanyon    on behalf of Creditor    CALIBER HOME LOANS, INC. pamb@fedphe.com
          Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          Thomas  Song    on behalf of Creditor    CALIBER HOME LOANS, INC. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | |
| --- | --- |
| Charles A Budzina<br>**Debtor 1**<br>**Debtor(s)** | Chapter: 7<br>Case number: 1:18–bk–04574–HWV<br>Document Number: 50<br>Matter: Motion to Convert Case to Chapter 13 |

| **Notice** |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on October 29, 2018.

A hearing on the above referenced matter has been scheduled for:

| | |
| --- | --- |
| **United States Bankruptcy Court**<br>**The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing.** | **Date: 7/7/20**<br>**Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **June 29, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 15, 2020 |

ntsempas(05/18)