```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04574-HWV
Charles A Budzina                                                   Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke          Page 1 of 1           Date Rcvd: Jun 17, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
              MS BECKY JO BUDZINA,   526 KINGSTON ROAD,   HARRISBURG, PA  17112-2231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Charles A Budzina cjulius@ljacobsonlaw.com,
               creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.axosfs.com
              Mario J. Hanyon    on behalf of Creditor    CALIBER HOME LOANS, INC. pamb@fedphe.com
              Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              Thomas  Song    on behalf of Creditor    CALIBER HOME LOANS, INC. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 1:18-bk-04574-HWV |
| CHARLES A BUDZINA | : | |
|     Debtor | : | Chapter No. 13 |
| | : | |
| CALIBER HOME LOANS, INC. | : | |
|     Movant | : | |
| v. | : | |
| CHARLES A BUDZINA | : | 11 U.S.C. §362 and §1301 |
| BECKY JO BUDZINA (NON-FILING CO-DEBTOR) | : | |
|     Respondents | : | |

## ORDER

Upon consideration of the Stipulation by and between Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, **CALIBER HOME LOANS, INC.,** and CHAD J. JULIUS, ESQUIRE, counsel for the Debtor, vacating the Relief Order docketed 6/2/2020 at number 47 is hereby approved, shall be, and is hereby made an Order of this Court. A further Order of the Court shall be necessary to lift the Automatic Stay.

Dated: June 17, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)

Case 1:18-bk-04574-HWV    Doc 56    Filed 06/19/20    Entered 06/20/20 00:29:18    Desc
Imaged Certificate of Notice    Page 2 of 2