```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania

In re:                                              Case No. 18-04574-HWV
Charles A Budzina                                   Chapter 13
        Debtor
                        CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke    Page 1 of 2      Date Rcvd: Sep 09, 2020
                           Form ID: ordsmiss   Total Noticed: 34
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db            +Charles A Budzina,    526 Kingston Road,    Harrisburg, PA 17112-2231
5124868       +Boscovs/Comenity Capital Bank,    PO Box 182120,    Columbus, OH 43218-2120
5124869       +Bureau of Account Management,     3607 Rosemont Avenue,    Ste. 502,    Camp Hill, PA 17011-6943
5124870       +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
5344129       +Caliber Home Loans, Inc.,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                123 South Broad Street,    Philadelphia, PA 19109-1060
5124873       +FirstMark/Citizens Bank,    121 South 13th Street,    Lincoln, NE 68508-1904
5124874       +Heritage First ENT,    2025 Technology Pkwy Suite G 03,    Mechanicsburg, PA 17050-9400
5124875       +Hyaundia Finance,    PO Box 20835,    Fountain Valley, CA 92728-0835
5124877       +Lightstream/Suntrust Bank,    303 Peachtreet Street,    Atlanta, GA 30308-3201
5124880        Toyota Motor Credit,    Cedar Rapids, IA 52411
5141219       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5124882       +Wells Fargo -Ashley Home Store,    PO Box 14517,    Des Moines, IA 50306-3517
5124883        Wells Fargo Auto Finance,    400 Redland Court,    #200,    Harrisburg, PA 17111
5229407       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
5147968        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5124866       +EDI: AMEREXPR.COM Sep 09 2020 23:28:00      American Express,    World Financial Center,
                200 Vesay Street,    New York, NY 10285-1000
5124867       +EDI: TSYS2.COM Sep 09 2020 23:28:00      Barclays Bank of Delaware,    125 S. West Street,
                Wilmington, DE 19801-5014
5124871        EDI: CAPITALONE.COM Sep 09 2020 23:28:00      Capital One Bank USA NA,    PO BOx 85015,
                Richmond, VA 23285-5075
5147031       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 09 2020 19:29:01      Caliber Home Loans, Inc.,
                13801 Wireless Way,    Oklahoma City OK 73134-2500
5145067        EDI: CAPITALONE.COM Sep 09 2020 23:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC    28272-1083
5141195        EDI: BL-BECKET.COM Sep 09 2020 23:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
5124872        EDI: DISCOVER.COM Sep 09 2020 23:28:00      Discover Bank,    PO Box 15316,
                Wilmington, DE 19850
5126802        EDI: DISCOVER.COM Sep 09 2020 23:28:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
5130054       +EDI: HY11.COM Sep 09 2020 23:28:00      Hyundai Lease Titling Trust,    PO Box 20809,
                Fountain Valley, CA 92728-0809
5124876       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 09 2020 19:28:29
                Kohls Department Store,    PO Box 3115,    Milwaukee, WI 53201-3115
5124878       +EDI: RMSC.COM Sep 09 2020 23:28:00      Lowes/Sycrony Bank,    Po Box 965005,
                Orlando, FL 32896-5005
5124879       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 09 2020 19:41:12      Merrick Bank,
                PO Box 9201,    Old Bethpage, NY 11804-9001
5143941        EDI: PRA.COM Sep 09 2020 23:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5125273       +EDI: PRA.COM Sep 09 2020 23:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5144732       +EDI: Q3G.COM Sep 09 2020 23:28:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA 98083-0788
5133055       +EDI: STF1.COM Sep 09 2020 23:28:00      SunTrust Bank,    Attn: Support Services,
                P.O. Box 85092,    Richmond, VA 23286-0001
5233974        EDI: BL-TOYOTA.COM Sep 09 2020 23:28:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5124881       +EDI: USAA.COM Sep 09 2020 23:28:00      USAA Savings Bank,    10750 McDermott Street,
                San Antonio, TX 78288-1600
5144007        EDI: WFFC.COM Sep 09 2020 23:28:00      Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,
                Des Moines, IA  50306-0438
                                                                                     TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:

        Ann E. Swartz   on behalf of Creditor   Caliber Home Loans, Inc. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Chad J. Julius   on behalf of Debtor 1 Charles A Budzina cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Mario J. Hanyon   on behalf of Creditor   CALIBER HOME LOANS, INC. pamb@fedphe.com
        Sindi Mncina   on behalf of Creditor   CALIBER HOME LOANS, INC. smncina@rascrane.com
        Thomas Song   on behalf of Creditor   CALIBER HOME LOANS, INC. pamb@fedphe.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charles A Budzina,          Chapter          13

**Debtor 1**

Case No.          1:18–bk–04574–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  September 9, 2020          By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

ordsmiss (05/18)